**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIBRAIT LLC, | Case No. CV-12-00410-RMW |
| Plaintiff, | |
| v. | **[] ORDER** |
| APPLE, INC., | |
| Defendant. | |

20835.1

**[] ORDER RE: DISMISSAL OF ACTION**

1   Upon consideration of the parties' Stipulated Motion for Dismissal, and
2 good cause appearing,
3   IT IS ORDERED:
4   All claims or causes of action asserted in this suit by and between Plaintiff,
5 Calibrait LLC and Defendant, Apple, Inc., are hereby dismissed in their entirety
6 with prejudice.

7
8 Dated: _____

9 _____
   Ronald M. Whyte

20835.1                           2

**[] ORDER RE: DISMISSAL OF ACTION**